UNITED STATES OF AMERICA, Respondent, v. JOEL SUMNER and JENNIE SUMNER, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ. (See 125 Misc. 658.)

WILLIAM E. GARDINER, Appellant, v. J. E. SEARLE and Others, Respondents.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JAMES W. DAVIS, Respondent, v. REDGATE FARMS, INCORPORATED, and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

DONALD D. CASE, as Trustee in Bankruptcy of GEORGE A. RUMLEY, Bankrupt, Appellant, v. AUTOCAR SALES AND SERVICE COMPANY, INCORPORATED, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of HOWARD W. McATEER, a Stockholder in the DONNER STEEL COMPANY, INCORPORATED, for the Appointment of Three Persons to Appraise the Value of His Stock.— Motion granted and appeal dismissed, with costs, pursuant to the stipulation of the attorneys for the respective parties. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of FLORENCE G. McATEER, a Stockholder in the DONNER STEEL COMPANY, INCORPORATED, for the Appointment of Three Persons to Appraise Her Stock.— Motion granted and appeal dismissed, with costs, pursuant to the stipulation of the attorneys for the respective parties. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. PROVIDENCE WASHINGTON INSURANCE COMPANY, Appellant, and HELENA J. HESSELMAN and Others, Respondents.— Motion granted, with ten dollars costs, dismissing the appeal as to the respondents, defendants. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant, and HELENA J. HESSELMAN and Others, Respondents.— Motion granted, with ten dollars costs, dismissing the appeal as to the respondents, defendants. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

BUFFALO TRADING COMPANY, INCORPORATED, Respondent, v. NIAGARA FIRE INSURANCE COMPANY, Appellant, and HELENA J. HESSELMAN and Others, Respondents.— Motion granted, with ten dollars costs, dismissing the appeal as to the respondents, defendants. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CITIZENS TRUST COMPANY OF UTICA, N. Y., Respondent, v. R. PRESCOTT & SON, INCORPORATED, Appellant, Impleaded with Others.— Appeal dismissed unless appellant shall file and serve printed papers and briefs on appeal by March twenty-third. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THOMAS ZIMBER, Appellant, v. MARTIN KRESS and Another, Respondents.— Appeal dismissed unless same is ready for argument at the opening of the May term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.